

# IN THE CIRCUIT COURT OF GRUNDY COUNTY, TENNESSEE
# TWELFTH JUDICIAL DISTRICT

ANTHONY LIEDERMAN )
    Plaintiff, )
     )
Vs. )
     ) No.: 8941
     )
GRUNDY COUNTY SHERIFFS DEPARTMENT, )
SHERIFF CLINT SHRUM, OFFICERS; )
TONY BEAN, T. J. BEAN, LARRY SIMS, )
RANDY WILDS, BILLY HARRIS, JOHN DOE, )
OFFICERS FOR GRUNDY COUNTY, and CHAD )
JOHNSON, and CODY SMITH. )
Individually and as agents for the 12th Judicial District )
Drug Task Force and JOHN DOE (s) any other )
Unknown individual or officer who participated in )
The matter of this action. )

## COMPLAINT

The acts and events complained of in this action occurred on July 25, 2017 in Grundy County, Tennessee all the named defendants and John Doe defendants were in Grundy County Tennessee when the acts allegedly were in Grundy County, Tennessee.

On or about July 25, 2017, while plaintiff, Anthony Liederman at his residence near Coalmont, Tn. Was the subject of am improper search and seizure executed by the named defendants. Great physical damaged was done to plaintiff's home.

## II.

During the intrusion plaintiff was under arrest and had been handcuffed by a number of the defendants. At that point several of the defendants beat and struck the plaintiff numerous times resulting in the plaintiff sustaining head, shoulder, and eye injuries. The plaintiff was bloody due to his loss of blood.

Defendants failed to provide proper and adequate medical for the plaintiff immediately after his beating. Plaintiff was several hours later taken to Sewanee Emergency room in Sewanee, Tn for a very brief period of treatment. The plaintiff was incarcerated in The Grundy County jail without proper medical care or treatment.

As a result of his condition plaintiff suffered great physical and emotional trauma.

## 111.

Plaintiff was not brought before a judge for extensive period of time following his incarceration. The defendant would have been unable to properly think for his own benefit due to the beating that he had received, and his appearance would have obviously been that of a person who had been beaten excessively.

## IV

Following his arrest, plaintiff was incarcerated in the backseat of a patrol car and was taken by Members of the 12th Judicial drug task force and the Grundy County Sheriff's to a Kilgore residence which was in the opposite direction some four plus miles from residence's home and Miles out of the way of any route to the Grundy County Jail. At the Kilgore residence the

plaintiff, who was covered in his own blood and obviously beaten was presented to Mrs. Kilgore with the plaintiff apparently due to his condition being used to threaten and or coerce Mrs. Kilgore.

V.

Plaintiff had his physical being assaulted and damaged by the acts of the defendants. Plaintiff was psychologically traumatized by the defendant's actions due to their treatment and the beating and lack of proper medical attention for a prolonged period of time. Plaintiff had both his mental and psychological abilities effected by the treatment he received both at his home and the in the Grundy County Jail and the embarrassment that he was subjected to at the Kilgore residence.

VI.

The defendants individually and jointly participated in a physical and psychological attack upon the plaintiff. Defendants by their action and the general conduct by the Grundy County sheriff's Department had the above reference along with a violation of his constitutional rights and civil rights provided to an individual by the Constitution and the Bill of Rights by the State of Tennessee and the Constitution, amendments, bill of rights and statutes of the United States.

Therefore, plaintiff requests damages from all defendants jointly and severally for $2 000,000 (two million dollars) along with his cost and future discretionary along with any and all attorney fees which might be associated with this action. Plaintiff request that the defendants be served with this action with the matter placed on the Grundy County Civil docket.

Respectfully submitted this the 24th day of July 2018.

_____
ANTHONY LIEDERMAN

Surety for Cost

_____

ANTHONY LIEDERMAN