IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF TENNESSEE AT WINCHESTER

| | |
|---|---|
| **ANTHONY LIEDERMAN**, | ) |
| *Plaintiff,* | ) Case No. 4:18-cv-00053 |
| v. | ) |
| **GRUNDY COUNTY SHERIFF'S DEPARTMENT, et al.**, | ) |
| *Defendants.* | ) |

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL

Comes now, the Plaintiff, **ANTHONY LEIDERMAN**, by and through counsel, Ed Kershaw, to put this Court on notice that the following has been sent to counsel for Defendant: Preamble to Plaintiff's answers, Plaintiff's response to Defendant's request for production, and Plaintiff's answers to first set of Interrogatories via facsimile on Monday March 18, 2019.

Respectfully submitted,

S/ Edward Kershaw

_____
Attorney for Plaintiff
131 South Main Street, Suite 102
Greeneville, TN 37743
(423) 620-0219
BPR# 016775

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiff's Answers to the Defendant's First Set of Interrogatories to the following via U.S. mail, postage prepaid, email, and/or facsimile:

| | |
|---|---|
| Thomas E. LeQuire | Peako A. Jenkins |
| Spicer Rudstrom | Assistant Attorney General |
| 537 Market St., Suite 203 | Civil Rights and Claims Division |
| Chattanooga, TN 37402 | P.O. Box 20207 |
| | Nashville, TN 37200207 |

This the 20th day of March 2019.

S/ Edward Kershaw

**EDWARD L. KERSHAW**